# United States District Court
# Eastern District of Pennsylvania

## Statement of Facts

Deborah gross
First Commonwealth FCU

Froze my Account since oct 16th 2018 have no way of getting money out my Account to feed my kids and pay Child support. Miss Gross is extorting me and harassing me as well oppressing me for this money I Dont have I also Called her to make a payment arrangements which she Denied me of I was willing to work something out with them I'm damaged by abuse of her Authority she violated my 8th 13th 14th Amendment Cruel and Unusual ¡ punishment

I want the defendant to be held to the full capacity of the law and also under the color law official capacity, private capacity and personal capacity.